1

2

3

4

5

6

7

8

9

10 UNITED STATES DISTRICT COURT

11 EASTERN DISTRICT OF CALIFORNIA

12

WILLIAM OLDRIGHT,                        )    1:05-CV-0889 AWI LJO HC
13                                       )
                                         )    ORDER CONSTRUING PETITIONER'S
14               Petitioner,             )    MOTION TO SUPPLEMENT OBJECTIONS
                                         )    AS OBJECTIONS
15      v.                               )    [Doc. #6]
                                         )
16                                       )    ORDER STRIKING OBJECTIONS FILED
A. P. KANE, Warden, et al.,              )    ON SEPTEMBER 8, 2005
17                                       )    [Doc. #5]
                Respondents.             )
18  _____ )

19

20       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.
21
         On August 22, 2005, the Court issued a Findings and Recommendation that recommended
22
the petition be dismissed. On September 8, 2005, Marc E. Grossman, Esq., filed objections
23
purportedly on behalf of Petitioner. In the objections, Mr. Grossman stated that he was filing the
24
objections on behalf of Petitioner but stated that the brief was an amicus curiae brief.
25
         On November 17, 2005, Petitioner submitted his own objections. On March 9, 2006,
26
Petitioner wrote a letter to the Court stating the Court's docket incorrectly reflected Mr. Grossman as
27
his attorney of record. In fact, Petitioner stated he was proceeding pro per and requested the Court
28

Case 1:05-cv-00889-AWI-LJO   Document 8   Filed 03/22/06   Page 2 of 2

1  correct the docket to remove Mr. Grossman as attorney of record.

2        Petitioner is advised that the Court has corrected the docket and reinstated Petitioner as

3  proceeding pro se. Petitioner's objections filed on November 17, 2005, are CONSTRUED as his

4  objections, and the Clerk of Court is DIRECTED to reflect this in the docket. In addition, the

5  objections filed by Mr. Grossman are hereby STRICKEN as an unauthorized filing, because

6  Petitioner is not represented by Mr. Grossman. Mr. Grossman is advised that amicus curiae briefs are

7  not appropriate in habeas proceedings without invitation or permission of the Court, and he is

8  cautioned not to file such amicus curiae briefs in the future absent the Court's authorization. The

9  Clerk of Court is DIRECTED to serve this order on Petitioner and Mr. Grossman.

10  IT IS SO ORDERED.

11  **Dated:    March 21, 2006**              **/s/ Lawrence J. O'Neill**
    b9ed48                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court
E. D. California        cd                                    2