UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM OLDRIGHT, | ) | 1:05-CV-00889 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER WITHDRAWING AUGUST 22, 2005, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT RECOMMENDED THE PETITION BE |
| | ) | DISMISSED |
| | ) | [Doc. #4] |
| A. P. KANE, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On August 22, 2005, the undersigned issued Findings and Recommendation that recommended the petition be DENIED and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

      On November 17, 2005, Petitioner filed objections to the Findings and Recommendation. Since then, the case of <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D. Cal. 2005), has been appealed to the Ninth Circuit Court of Appeals. According to the Ninth Circuit's docket, the matter was argued and submitted on March 16, 2006.

1     The undersigned hereby WITHDRAWS the Findings and Recommendation issued on August 22, 2005, pending decision by the Ninth Circuit in <u>Sass</u>.

IT IS SO ORDERED.

**Dated:   August 22, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                             UNITED STATES MAGISTRATE JUDGE